**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Gregory Allan Jesso <br> <u>Debtor(s)</u> | BKY. NO. 12-06605 RNO <br><br> CHAPTER 13 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

 Kindly enter my appearance on behalf of M&T Bank, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 4160

         Respectfully submitted,


         <u>**/s/ Thomas Puleo**</u>
         Thomas Puleo, Esquire
         James C. Warmbrodt, Esquire
         KML Law Group, P.C.
         701 Market Street, Suite 5000
         Philadelphia, PA 19106-1532
         (215) 825-6306  FAX (215) 825-6406
         Attorney for Movant/Applicant